IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID DARNELL NELSON, JR.,

                                                JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                                    16-cv-554-jdp

v.

STATE OF WISCONSIN,

    Defendant.

---

      This action came for consideration before the court with District Judge James D. Peterson  presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 9/9/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |